BRIANNA FULLER MIRCHEFF (Bar No. 243641)
Deputy Federal Public Defender
(E-mail: Brianna_Mircheff@fd.org)
321 East 2nd Street
Los Angeles, California 90012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ROBERT LEWIS BANDY | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CV 16-4138 |
| v. | |
| UNITED STATES OF AMERICA | **NOTICE OF MANUAL FILING** |
| DEFENDANT(S). | **OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Presentence Report

**Reason:**

☑ Under Seal and/or In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

filed under seal pursuant to General Order 15-08

| June 10, 2016 | /s/ Brianna Fuller Mircheff |
|---|---|
| Date | Attorney Name |
| | Robert Lewis Bandy |
| | Party Represented |

*Note:  File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (04/14)    **NOTICE OF MANUAL FILING OR LODGING**